UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.       Case No. 1:10-mc-03-SM

Maria Crowe

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge James R. Muirhead dated February 23, 2010, no objection having been filed.

I   It is ordered that the taxpayer, Maria Crowe, obey the summonses and appear on April 7, 2010 at 9:00 a.m. at 80 Daniel Street, Portsmouth, New Hampshire, before Andrea L. Mahoney, to give testimony and produce all books and records in her possession or control required and called for by the terms of the summonses of August 3, 2009.

It is further ordered that the government be awarded its costs.

SO ORDERED.

March 18, 2010       /s/ Steven J. McAuliffe
       Steven J. McAuliffe
       Chief Judge

cc:   Gretchen Leah Witt, AUSA
     Maria Crowe